FILED

01/27/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0461

IN THE MONTANA SUPREME COURT

|  |  |
|---|---|
| STATE OF MONTANA, | Cause No. DA-21-0461 |
| Plaintiff and Appellee | ORDER FOR |
| and | EXTENSION FOR FILING |
| MELISSA ANN TRAINER, | OPENING BRIEF |
| Respondent and Appellant | |

Upon review of Respondent/Appellant's Motion for Extension for Filing Opening Brief, and good cause therefrom:

It is Hereby ORDERED the Respondent/Appellant's 30-day Extension to file Opening Brief has been granted. Respondent/Appellant's Opening Brief shall be due thirty-days from January 27, 2022.

ELECTRONICALLY DATED AND SIGNED BELOW BY SUPREME COURT JUSTICE.

cc: Jami Rebsom
    Attorney General's Office

1

# CERTIFICATE OF SERVICE

I, Jami L. Rebsom, hereby certify that I have served true and accurate copies of the foregoing Other - Other to the following on 01-27-2022:

Courtney Jo Lawellin (Attorney)
220 E Park Street
Livingston MT 59047
Representing: State of Montana
Service Method: eService

Austin Miles Knudsen (Govt Attorney)
215 N. Sanders
Helena MT 59620
Representing: State of Montana
Service Method: eService

Electronically Signed By: Jami L. Rebsom
Dated: 01-27-2022

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 27 2022
